Michael S. Sorgen (SBN 43107)
LAW OFFICES OF MICHAEL S. SORGEN
1168 Miller Ave.
Berkeley, CA 94708
Telephone: (510) 919-3586
Facsimile: (888) 820-1082
Email: msorgen@sorgen.net

Dean L. Johnson, Esq. (SBN 104558)
DEAN L. JOHNSON, INC.
147 Ridgeview Court
Camano Island, WA 98282
Telephone: (760) 603-0022
Facsimile: (866) 373-9348
Email: deanl.johnson@gmail.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ASANTE, an Oregon non-profit corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; TOBY DOUGLAS, DIRECTOR OF THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES,<br><br>Defendants. | Case No.  3:14-cv-3226 EMC<br><br>**STIPULATION AND [Proposed] ORDER REGARDING RESCEDULING THE CASE MANAGEMENT CONFERENCE DATE**<br><br>Judge:         Honorable Edward M. Chen<br>Date:          October 16, 2014<br>Time:          9:30 AM<br>Courtroom:  5, 17th Floor<br>Trial Date:    None Set |

1  The parties hereto hereby stipulate to reschedule the case management conference from
2  October 16, 2014, to November 13, 2014 at 9:30 AM.  Good cause exists for this continuance
3  because Michael Sorgen will not be able to attend the case management conference on October
4  16, 2014, due to a pre-planned family vacation.

/s/ Dean L. Johnson
Dean L. Johnson, Esq. (SBN 104558)
DEAN L. JOHNSON, INC.
147 Ridgeview Court
Camano Island, WA 98282
Telephone: (760) 603-0022
Facsimile: (866) 373-9348
Email: deanl.johnson@gmail.com

/s/ Michael S. Sorgen
Michael S. Sorgen, Esq. (SBN 43107)
LAW OFFICES OF MICHAEL S. SORGEN
1168 Miller Ave.
Berkeley, CA 94708
Telephone: (510) 919-3586
Facsimile: (888) 820-1082
Email: msorgen@sorgen.net
*Attorneys for Plaintiffs*

KAMALA D. HARRIS
Attorney General of California
CHERYL L. FEINER
Supervising Deputy Attorney General

/s/ Jennifer C. Addams
Jennifer C. Adams
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5382
Fax: (415) 703-5480
E-mail: Jennifer.Addams@doj.ca.gov
*Attorneys for Defendants*

**ATTESTATION OF E-FILED SIGNATURES**

I, Dean L. Johnson, am the ECF user whose ID and password are being used to file this stipulation and proposed order.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Jennifer C. Adams.

Dated: September 3, 2014                                         /s/ Dean L. Johnson


Good cause appearing,

IT IS SO ORDERED.

Dated:  September 8, 2014



Honorable _____ ____n
Judge Edward M. Chen
IT IS SO ORDERED