KAMALA D. HARRIS
Attorney General of California
CHERYL L. FEINER
Supervising Deputy Attorney General
JENNIFER C. ADDAMS
Deputy Attorney General
State Bar No. 209355
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5382
  Fax:  (415) 703-5480
  E-mail:  Jennifer.Addams@doj.ca.gov
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASANTE et al.,**<br><br>                      Plaintiffs,<br><br>    v.<br><br>**CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; TOBY DOUGLAS, DIRECTOR OF THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES,**<br><br>                      Defendants. | 3:14cv-3226 (EMC)<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Action Filed:  June 12, 2014 |

    It is hereby stipulated by and between the parties that the Settlement Conference with Magistrate Judge Kandis A. Westmore shall be continued to May 11, 2015 at 10:00 a.m., at the U.S. District Court, 1301 Clay Street, Oakland, California, 94612..

///

///

///

///

1

1 | Dated:  January 26, 2015

/S/

JENNIFER C. ADDAMS
Deputy Attorney General
*Attorneys for Defendants DHCS and Toby Douglas*

Dated:  January 26, 2015

/S/

DEAN JOHNSON, ESQ.
Dean L. Johnson, Inc.
*Attorneys for Plaintiffs*

Dated:  January 20, 2015

/S/

MICHAEL SORGEN
Law Offices of Michael Sorgen
*Attorneys for Plaintiffs*

SF2014408708

1     IT IS HEREBY ORDERED THAT the Settlement Conference is continued to May 11, 2015 at 11:00 a.m., at the U.S. District Court, 1301 Clay Street, Oakland, California, 94612.  For courtroom number and floor information, please check the Court's online Calendar at http://www.cand.uscourts.gov or call Judge Westmore's Courtroom Deputy, Susan Imbriani, at (510) 637-3525, one week prior to the scheduled Settlement Conference.

    The parties shall comply with Judge Westmore's Settlement Conference Standing Order, available online at http://www.cand.uscourts.gov/kaworders.  Any failure to comply with the requirements of this Order may subject the parties and/or counsel to sanctions.

IT IS SO ORDERED.

_____
KANDIS A. WESTMORE
United States Magistrate Judge

Stipulation and Order to Continue Settlement Conference  (3:14cv-3226 (EMC))