UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASANTE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, et al.,<br><br>    Defendants. | Case No.  14-cv-03226-EMC   (KAW)<br><br>**ORDER REGARDING PERSONAL ATTENDANCE AT 05/11/15 SETTLEMENT CONFERENCE** |

Each of the plaintiff hospitals are reminded that a representative with full settlement authority must be present at the settlement conference currently scheduled for May 11, 2015. *See* Judge Westmore's Settlement Conference Standing Order ¶ 3 ("Any party who is not a natural person shall be represented by the person(s) with full authority to negotiate a settlement. . . . A person who needs to call another person not present before agreeing to any settlement does not have full authority.").   If each plaintiff cannot ensure attendance by a representative with full settlement authority, the parties shall stipulate to continue the settlement conference to a date convenient to all parties, subject to any ADR deadline set by the presiding judge.

**IT IS SO ORDERED.**

Dated: 05/04/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge