UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASANTE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, et al.,<br><br>    Defendants. | Case No. 14-cv-03226-EMC<br><br>**ORDER TO SHOW CAUSE**<br><br>Docket No. 104 |

Defendants have filed a status report, asking the Court to reset Defendants' deadline for compliance with the March 24 Order to 60 days after entry of judgment in this matter. *See* Docket No. 104. Plaintiffs are instructed to oppose or state their non-opposition to Defendants' request by **July 20, 2016**.

**IT IS SO ORDERED**.

Dated: July 11, 2016

_____
EDWARD M. CHEN
United States District Judge