KAMALA D. HARRIS
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General
JOSHUA N. SONDHEIMER
JENNIFER C. ADDAMS
Deputies Attorney General
State Bar No. 152000
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5615
 Fax:  (415) 703-5480
 E-mail:  joshua.sondheimer@doj.ca.gov
*Attorneys for Defendants California Department of Health Care Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASANTE et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; et al.**<br><br>Defendants. | Case No. 3:14-cv-3226 EMC<br><br>[PROPOSED] ORDER SETTING NEW DEADLINE FOR COMPLIANCE WITH MARCH 24, 2016 ORDER |

Having considered Defendants' Second Compliance Report and Request to Set New Compliance Deadline, and good cause having been shown, the new deadline to implement the Court's March 24, 2016 Order shall be 60 days from the date of entry of judgment.  This Order supersedes the deadline for compliance set out at paragraph 8 of the Court's March 24, 2016 Order.

IT IS SO ORDERED.

Dated:  July 15, 2016

_____
EDWARD M. CHEN
Judge, United States District Court

1