Michael S. Sorgen, Esq. (SBN 43107)
LAW OFFICES OF MICHAEL S. SORGEN
1168 Miller Ave.
Berkeley, CA 94708
Telephone: (510) 919-3586
Facsimile: (888) 820-1082
Email: msorgen@sorgen.net

Dean L. Johnson, Esq. (SBN 104558)
DEAN L. JOHNSON, INC.
181 Utsalady Rd.
Camano Island, WA 98282
Telephone: (760) 603-0022
Email: deanl.johnson@gmail.com

Thomas J. Weiss (SBN 63167)
LAW OFFICES OF THOMAS J. WEISS
1925 Century Park East, Suite 2140
Los Angeles, California  90067
Telephone: (310) 788-0710
Email: tweiss@weisslawla.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ASANTE, et al.,<br><br>                 Plaintiffs,<br>          v.<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, et al.,<br><br>                 Defendants. | CASE NO. 3:14cv-3226 EMC<br><br>[PROPOSED] ORDER AND STIPULATION TO RESET HEARING DATE |

1

1  On December 1, 2016, a CLERK'S NOTICE reset the hearing on the MOTION for
2 Attorney Fees and Costs from 12/8/2016 to 12/15/2016 at 1:30 PM in Courtroom 5, 17th Floor,
3 San Francisco before Edward M. Chen.   Attorney Johnson has a preplanned family vacation
4 beginning on 12/15/2016 and running through the end of December.

5  The plaintiffs and the defendants hereby stipulate and request that the hearing date on the
6 MOTION for Attorney Fees and Costs be reset to January 12, 2017 at 1:30 PM in Courtroom 5,
7 17th Floor, San Francisco before Edward M. Chen, which is the same date and time as the
8 current hearing on defendants' motion for review of the clerk's taxation of costs.

9  IT IS SO STIPULATED.

/s/ Dean L. Johnson
Dean L. Johnson, Esq. (SBN 104558)
DEAN L. JOHNSON, INC.
181 Utsalady Road
Camano Island, WA 98282
Telephone: (760) 603-0022
Email: deanl.johnson@gmail.com
*Attorneys for Plaintiffs*

KAMALA D. HARRIS
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General

/s/ Joshua Sondheimer
JOSHUA N. SONDHEIMER
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5615
Fax: (415) 703-5480
E-mail: joshua.sondheimer@doj.ca.gov
*Attorneys for Defendants*

**ATTESTATION OF E-FILED SIGNATURES**

I, Dean L. Johnson, am the ECF user whose ID and password are being used to file this stipulation and proposed order.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Joshua Sondheimer.

Dated: December 1, 2016                                         /s/ Dean L. Johnson

Good cause appearing,

IT IS SO ORDERED.

Dated: 12/2/16



IT IS SO ORDERED
Judge Edward M. Chen